AMIR NASSIHI (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON LLP**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

NAOKI KANEKO (SBN 252285)
nakaneko@shb.com
ARLENE H. BAKIRCI (SNB 342772)
abakirci@shb.com
**SHOOK, HARDY & BACON LLP**
5 Park Plaza, Suite 1600
Irvine, CA 92614-2456
Tel: (949) 475-1500 | Fax: (949) 475-0016

Attorneys for Defendants
FORD MOTOR COMPANY AND
FOX HILLS AUTO, INC. DBA
AIRPORT MARINA FORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA PANDO AKA FRANCISCO G PANEDA & LOURDES CHAVEZ AKA CHAVES LOURDES,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, FOX HILLS AUTO, INC., a California Stock Corporation DBA Airport Marina Ford and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-04118<br><br>Magistrate Judge:<br>*The Hon. Alicia G. Rosenberg*<br><br>[PROPOSED] **JUDGMENT RE OFFER OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**<br><br>Action Filed: 7/20/2023<br>Trial Date:   Not Set |

## [PROPOSED] JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Francisco Garcia Pando aka Francisco G Paneda and Lourdes Chavez aka Chaves Lourdes ("Plaintiffs"), accepted Defendant Ford Motor Company's ("Ford") Offer of Judgment pursuant to Fed. R. Civ. P. 68.

1. Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $145,000.00 pursuant to the terms of the Rule 68 Offer.

2. Plaintiffs shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any such motion shall be filed no later than 14 days after entry of judgment. In ruling on Plaintiffs' fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiffs were found to have prevailed in this action under section 1794(d) of the California Code of Civil Procedure as of the date of this offer of judgment. Ford expressly reserves all defenses to Plaintiffs' fee/costs motion(s) and any award thereon. Ford will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

3. Plaintiffs will deliver the Subject Vehicle to Ford on a date, time, and place mutually agreeable to the parties and no later than seventy-five (75) days after Plaintiffs' counsel has accepted Ford's offer and has provided the documents required to transfer title.

DATED: June 13, 2025

*Alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
JUDGE OF THE UNITED STATES DISTRICT COURT